UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIGUEL ANGEL BACIGALUPO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ARTHUR CALDERON, )<br>)<br>Respondent. )<br>_____ ) | No. 94-cv-02761-DLJ<br><br><br><br>**ORDER** |

The Court held Miguel Angel Bacigalupo's petition in abeyance pending state court exhaustion in 1999. See Order of May 12, 1999. Mr. Bacigalupo's execution has been stayed until the final disposition of his federal petition. See Order of May 13, 2000. The parties shall submit a joint written report to the Court within sixty days describing the status of Mr. Bacigalupo's state court case.

IT IS SO ORDERED

Dated:    November 1, 2007

_____
D. Lowell Jensen
United States District Judge