IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL BACIGALUPO, | No. C 94-02761 DLJ |
| Petitioner, | **ORDER RE STATUS REPORT** |
| v. | |
| KEVIN CHAPPELL, Warden, | |
| Respondent. | |

The Court held Miguel Angel Bacigalupo's federal petition for writ of habeas corpus in abeyance pending state court exhaustion in 1999. *See* Order of May 12, 1999. In light of *In re Bacigalupo*, 55 Cal. 4th 312 (2012), the Court hereby ORDERS the parties to submit a joint written report to the Court within sixty days of the date of this Order describing the status of petitioner's state court case and any anticipated return to federal court

**IT IS SO ORDERED.**

Dated: May 7, 2013.

D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE