# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL BACIGALUPO ) <br> Petitioner, ) <br> ) <br> vs ) <br> ) <br> ARTHUR CALDERON, ET AL. ) <br> Respondent. ) <br> ) <br> ) | CV-94-02761-BLF <br><br> ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |

The individual named above as petitioner, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the petitioner is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above petitioner replacing Robert Bryan.

Erik Levin
2001 Stuart Street
Berkeley CA 94703
(510) 978-4778
erik@erikblevin.com

_____
Appointing Judge - Judge Freeman

_____        _____
Date of Order                          March 20, 2015
                                            Nunc Pro Tunc Date

United States District Court
Northern District of California