# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

MIGUEL ANGEL BACIGALUPO,

    Petitioner,

v.

ARTHUR CALDERON, et al.,

    Respondents.

Case No. 94-cv-02761-BLF

**ORDER SETTING STATUS CONFERENCE**

On April 3, 2015, the Court appointed new counsel to represent Petitioner, replacing former counsel who had withdrawn on February 10, 2015.

A status conference is hereby set for July 23, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 25, 2015

_____
BETH LABSON FREEMAN
United States District Judge