# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

MIGUEL ANGEL BACIGALUPO,

    Plaintiff,

v.

WILLIAM MUNIZ,

    Defendant.

Case No. 94-cv-02761-BLF

**ORDER CONTINUING STATUS CONFERENCE**

At the request of the parties and for good cause shown, the status conference scheduled for July 23, 2015 is HEREBY CONTINUED to November 12, 2015 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: July 17, 2015

                BETH LABSON FREEMAN
                United States District Judge