# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL ANGEL BACIGALUPO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KELLY SANTORO,<br><br>　　　　　Respondent. | Case No. 94-cv-02761-BLF<br><br>**ORDER ADOPTING PARTIES' PROPOSED SCHEDULE; AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF 221] |

The Court has reviewed the parties' Joint Case Management Conference Statement and hereby ADOPTS the proposed case schedule set forth therein and VACATES the Case Management Conference set for November 12, 2015:

1. Petitioner shall file an amended petition for writ of habeas corpus on or before January 15, 2016;

2. Concurrent with the filing of the amended petition, Petitioner shall file any motion for discovery;

3. Respondent shall file a response to Petitioner's discovery motion on or before January 29, 2016;

4. Petitioner shall file any reply to the response to his discovery motion on or before February 5, 2016;

5. Respondent shall file an answer to the amended habeas corpus petition and lodge the relevant portions of the state court record on or before April 15, 2016;

6. Petitioner shall file any traverse on or before June 17, 2016;

7. Petitioner shall file any motion for evidentiary hearing on or before July 1, 2016;

8. Respondent shall file any response to the motion for evidentiary hearing on or before July 15, 2016;

9. Petitioner shall file any reply to the response to the motion for evidentiary hearing on or before July 22, 2016; and

10. The matter thereafter will be submitted for decision without oral argument unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated:  October 28, 2015                                  _____
BETH LABSON FREEMAN
United States District Judge

2