# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

MIGUEL ANGEL BACIGALUPO,

    Petitioner,

    v.

KELLY SANTORO, Acting Warden, North Kern State Prison,

    Respondent.

Case No. 94-cv-02761-BLF

**JUDGMENT**

Pursuant to the Court's order of September 25, 2018, (Dkt. No. 265), and previous orders in this matter, the petition for a writ of habeas corpus is **GRANTED** on the basis of the *Brady v. Maryland*, 373 U.S. 83 (1963), errors described in Claims C and D, and on the basis of cumulative error as described in Claim L. Petitioner's judgment of conviction and sentence are accordingly **VACATED**. Claims A and B are **DENIED** and **MOOT**. Respondent shall release Petitioner from custody unless the state commences proceedings to retry him within 120 days of the date of entry of judgment on this order.

**IT IS SO ORDERED.**

Dated: September 25, 2018

*[signature]*

BETH LABSON FREEMAN
United States District Judge