**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MIGUEL ANGEL BACIGALUPO, <br><br> Petitioner, <br><br> v. <br><br> KELLY SANTORO, Acting Warden, North Kern State Prison, <br><br> Respondent. | Case No. 94-cv-02761-BLF <br><br> **CORRECTED JUDGMENT** |

Pursuant to the Court's order, Docket. No. 272, and previous orders in this matter, the petition for a writ of habeas corpus is **GRANTED** on the basis of the *Brady v. Maryland*, 373 U.S. 83 (1963) errors described in Claims C and D, as well as the cumulative error described in Claim L. Claims A and B are **DENIED** and **MOOT**. Respondent shall release Petitioner from custody unless the state commences proceedings to retry him within 120 days of the effective date of the entry of this judgment or the parties choose other lawful action consistent with this order. *See* Dkt. Nos. 265 & 266.

The effective date of this judgment is September 25, 2018, the issue date for the Court's original judgment. *See* Dkt. Nos. 265 & 266.

**IT IS SO ORDERED.**

Dated: November 30, 2018

_____
BETH LABSON FREEMAN
United States District Judge